**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10415 |
| Plaintiff - Appellee, | D.C. No. 1:06-cr-00095-DAE |
| v. | |
| ALLAN AQUINO LAFUENTE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted September 10, 2012[**]

Before:     WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Allan Aquino Lafuente appeals from his jury-trial conviction and 300-month

sentence for conspiracy to distribute and possess with intent to distribute 50 grams

or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1),

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

841(b)(1)(A), and 846; distribution of five or more grams of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B); distribution of 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A); and possession of a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Lafuente's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  Lafuente filed a pro se supplemental brief.  No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**